**Affirm and Opinion Filed January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01621-CR
No. 05-12-01622-CR

**JOSHUA DESEAN PULLIAM-ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-34121-J, F12-34219-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice FitzGerald

Joshua Desean Pulliam-Roberts waived a jury and pleaded guilty to continuous sexual abuse of a young child and aggravated sexual assault of a child younger than fourteen years. *See* TEX. PENAL CODE ANN. §§ 21.02(b), (h), 22.021(a)(1)(B) (West Supp. 2013). The trial court assessed punishment at life imprisonment in each case. The trial court's judgments also include orders that appellant pay $244 and $590 in court costs, respectively  In two issues, appellant contends there is insufficient evidence in the record to support the orders that he pay court costs in each case. We affirm the trial court's judgments.

Appellant contends the evidence is insufficient to support the trial court's judgments that appellant pay $244 and $590 in court costs because the clerk's records do not contain bills of costs. The State responds that the record contains sufficient evidence to support the amount of costs assessed by the trial court in each case.

If a criminal action is appealed, "an officer of the court shall certify and sign a bill of costs stating the costs that have been accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2006). Costs may not be collected from the person charged with the costs until a written bill, containing the items of cost, is produced and signed by the officer who charged the cost or the officer entitled to receive payment for the cost. *Id*. art. 103.001.

The clerk's record in each case does not contain a copy of the bill of costs. We, however, ordered the Dallas County District Clerk to file supplemental records containing certified bills of costs associated with these cases, and the clerk did so. *See* TEX. R. APP. P. 34.5(c)(1) (rules of appellate procedure allow supplementation of clerk's record if relevant items have been omitted). Appellant's complaint that the evidence is insufficient to support the imposition of costs because the clerk's records did not contain bills of costs is now moot. *See Coronel v. State*, No. 05-12-00493-CR, 2013 WL 3874446, at *4 (Tex. App.—Dallas July 29, 2013, pet. ref'd); *Franklin v. State*, 402 S.W.3d 894, 895 (Tex. App.—Dallas 2013, no pet.). We overrule his two issues.

In response to the Court's order requiring supplementation of the records, appellant filed objections that the bills of costs in the supplemental records are not "proper bill[s] of costs" and the bills of costs were not filed in the trial court or brought to the trial court's attention before costs were entered into the judgments. The Court rejected these objections and arguments in *Coronel*. *See Coronel*, 2013 WL 3874446, at *4–5. We likewise reject them here, and conclude

the cost bills contained in the supplemental clerk's records are sufficient to support the assessment of costs in the judgments. *See id*. We overrule all of appellant's objections to the supplemental clerk's records.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
121621F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JOSHUA DESEAN PULLIAM-
ROBERTS, Appellant

No. 05-12-01621-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-34121-J).
Opinion delivered by Justice FitzGerald,
Justices Lang and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 29, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSHUA DESEAN PULLIAM-
ROBERTS, Appellant

No. 05-12-01622-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-34219-J).
Opinion delivered by Justice FitzGerald,
Justices Lang and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 29, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE